UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLTON LAMAR HOLDEN,

    Defendant.

Case No. 3:23-cr-24

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) REFERRING THE PETITION AND ORDER FOR SUMMONS (Doc. No. 13) TO MAGISTRATE JUDGE PETER B. SILVAIN, JR. FOR ISSUANCE OF A SUMMONS, FOLLOWED BY AN INITIAL APPEARANCE AND A DETENTION HEARING; AND (2) THIS REFERRAL WILL TERMINATE UPON COMPLETION OF THE ABOVE PROCEEDINGS**

---

Pursuant to Fed. R. Crim. P. 59(a) and Dayton Amended General Order No. 22-01, the Petition and Order for Summons (Doc. No. 13) is referred to United States Magistrate Judge Peter B. Silvain for issuance of a summons followed by an initial appearance and a detention hearing. This referral will terminate upon completion of the above proceedings.

    **IT IS SO ORDERED.**

November 18, 2024

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge