UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CARLTON LAMAR HOLDEN,

      Defendant.

Case No. 3:23-cr-24

District Judge Michael J. Newman

---

**ORDER: (1) GRANTING DEFENDANT'S *PRO SE* MOTION TO CONVEY (Doc. No. 18); (2) GRANTING DEFENDANT'S COUNSEL'S MOTION IN SUPPORT (Doc. No. 20); AND (3) SETTING THE PENDING AMENDED PETITION (Doc. No. 16) FOR AN INITIAL APPEARANCE, A PRELIMINARY HEARING, A REVOCATION HEARING, AND POSSIBLE A SENTENCING HEARING FOR MAY 5, 2026 at 2:00 P.M.**

---

In this felony criminal case, an Amended Petition submitted by Defendant's Probation Officer charges Defendant with 3 violations of the terms of his supervised release.[1]  Doc. No. 16. He is presently in state custody, serving sentences related in part to a felony conviction in state court.  *See* Doc. Nos. 16-18.  Meanwhile, in the instant case, the 3 charged violations of the terms of his supervised release remain pending.  *See* Doc. No. 16.  Also pending are Defendant's *pro se* "notice of availability and motion to convey"[2] (Doc. No. 18) and his counsel's motion in support

---

[1] Defendant Carlton was previously convicted in the Eastern District of Kentucky of engaging in a conspiracy to distribute controlled substances, a violation of 21 U.S.C. §§ 841(a)(1) and 846. Doc. No. 16 at PageID 61. His sentence included a 67-month term of incarceration followed by a 3-year term of supervised release.  *Id*.  After he served his prison sentence, jurisdiction over his case transferred to the Southern District of Ohio, where he began serving his term of supervised release.  *Id*.

[2] The Court liberally construes this document in Defendant's favor.  *See Brent v. Wayne Cnty. Dep't of Hum. Servs.*, 901 F.3d 656, 676 (6th Cir. 2018) ("We liberally construe *pro se* filings").

of Defendant's *pro se* request (Doc. No. 20).  The Government did not respond to either motion, and the time for it to do so has lapsed.

For good cause shown, and in the absence of opposition by the Government, and to promote the interest of judicial efficiency, Defendant's *pro se* motion and his counsel's supporting motion are **GRANTED**.  The Court hereby **SETS** the pending Amended Petition for an initial appearance, a preliminary hearing, a revocation hearing, and possible a sentencing hearing (if warranted) for **May 5, 2026 at 2:00 p.m**.  *See* Fed. R. Crim. P. 32.1(a), (b)(1).  The Court will separately issue a writ of habeas corpus *ad prosequendum* to secure Defendant's attendance at the hearings.

**IT IS SO ORDERED.**

April 1, 2026                                                    s/*Michael J. Newman*
                                                                    Hon. Michael J. Newman
                                                                    United States District Judge


cc:       United States Marshals Office
          Dayton, Ohio

          United States Probation Office
          Dayton, Ohio