UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff, Case No. 3:23-cr-24

vs.

CARLTON LAMAR HOLDEN, District Judge Michael J. Newman

Defendant.

---

**ORDER: (1) FINDING DEFENDANT IN VIOLATION OF THE CONDITIONS OF HIS SUPERVISED RELEASE; (2) REVOKING ANY TIME REMAINING ON DEFENDANT'S CURRENT SUPERVISED RELEASE; (3) SENTENCING DEFENDANT TO A FOURTEEN-MONTH TERM OF IMPRISONMENT TO RUN CONCURRENTLY WITH THE TERM OF IMPRISONMENT IN THE STATE SYSTEM WITH NO SUPERVISED RELEASE TO FOLLOW; (4) DIRECTING THE UNITED STATES MARSHALS SERVICE TO IMMEDIATELY PLACE A FEDERAL DETAINER ON DEFENDANT; (5) DIRECTING THE BUREAU OF PRISONS TO PROVIDE DEFENDANT WITH DRUG AND ALCOHOL TREATMENT AND VOCATIONAL TRAINING; AND (6) CONFIRMING THIS CASE REMAINS TERMINATED ON THE DOCKET**

---

This criminal case is before the Court following Defendant's final revocation hearing on July 30, 2026, during which AUSA Ryan Saunders appeared on behalf of the Government and AFPD James Sanchez appeared on behalf of Defendant. During the hearing, Defendant admitted to violating the condition of his supervised release that required him not to commit another federal, state, or local crime. Having heard oral argument from counsel for both sides, and relying on the Sentencing Guidelines, the Court then **REVOKED** Defendant's current supervised release and **SENTENCED** him to a fourteen-month term of imprisonment to run concurrently with the term of imprisonment remaining in the state system with no supervised release to follow. The United States Marshals Service **SHALL IMMEDIATELY PLACE** a federal detainer on Defendant to secure his return to federal custody—without release into the community—once he completes his state sentence. The Bureau of Prisons is **DIRECTED** to provide Defendant with drug and alcohol

treatment, as well as vocational training, during Defendant's term of imprisonment in federal custody. This case remains **TERMINATED** on the docket.

**IT IS SO ORDERED.**

August 20, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge

cc: United States Marshal
Dayton, Ohio

United States Probation Office
Dayton, Ohio